## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ZAKARIA ABDELMAGEED
HABIBURRAHMAN ANSARI
*PLAINTIFFS*
v.
BOARD OF SUPERVISORS OF THE
SOUTHERN UNIVERSITY SYSTEM
*DEFENDANT*

CIVIL ACTION NO.

JUDGE

MAGISTRATE JUDGE

JURY TRIAL DEMANDED

## COMPLAINT:  DISCRIMINATION BASED ON RELIGION AND ETHNICITY

### NATURE OF THIS ACTION

This action arises, generally, under Title VII of the Civil Rights Act of 1964 and under the relevant laws of the state of Louisiana.

1.     Plaintiffs Zakaria Abdelmageed (Zak) and Habiburrahman Ansari (Habib), collectively "Plaintiffs", assert that various individuals acting on behalf of Southern University at New Orleans (SUNO) excluded them from being considered for academic employment solely based on their race, religion and ethnicity (Zak is a Muslim from Egypt; Habib is a Muslim from India).

2.     Actions taken against Zak and Habib were taken solely because of their race, religion, ethnicity and national origin.

### STATEMENT OF JURISDICTION

3.     Plaintiffs presents questions of Federal law to this Court.  Furthermore, Plaintiffs file this action pursuant to their receipt, on December 23, 2016 of "Right To Sue" letters from

1

the U. S. Department of Justice in connection with previous Equal Employment Opportunity Commission (EEOC) charge, 461201501109. It has been less than ninety days from the time at which Plaintiffs first received notice of their right to sue from the U.S. Department of Justice. Jurisdiction is conferred upon this court, *inter alia,* by the provisions of 28 U.S.C.§1331. Supplemental jurisdiction is conferred upon this court over Plaintiff's state law claims pursuant to 28 U.S.C. 1367(a).

**PARTIES**

4.     Zakaria Abdelmageed (Zak) is a male person of the full age of majority who at all times relevant resided in the Parish of Jefferson, State of Louisiana. Zak was born, raised and educated in the first instance in Egypt. He is an Arab of the Muslim religion. He prays daily. He has a pronounced middle-eastern accent. He heads what might be termed a traditional Muslim household. In public and on campus his wife wears the traditional scarf of the Muslim housewife. He takes Muslim holy days off from work. Zak holds a Ph.D. in biology and biochemistry. He has held a postdoctoral appointment at LSU, Johns Hopkins and Tulane Universities, after which he was promoted to the rank and title of Research Scientist. His focus is on molecular biological research involving prostate, breast and skin cancers. Zak has authored over 47 peer-reviewed publications, is a member of the American Association for Cancer Research and is on the editorial board of *Scientific Reports* (Nature) *Thyroid Cancer Research* and *Biomarker Journal.* The focus of his research is to unravel the molecular mechanisms underlying the progression of cancer in the human body.

5.     Habiburrahman Ansari (Habib) was born, raised and educated in the first instance in India. He is of the Muslim religion. He prays daily. He has a pronounced Indian accent. He heads what might be termed a traditional Muslim household; his wife wears a hajib when she

2

leaves the house.  He takes Muslim holy days off from work.  Habib holds a Ph.D. in biological sciences.  For the past fifteen years, he has been involved in postdoctoral research on cell signal transduction pathways in eye and cardiovascular diseases and also in teaching pharmacology and biological sciences.  He has participated in several research projects funded by the National Institutes of Health and has published 25 research papers in refereed journals, including *Journal of Pharmacology and Experimental Therapeutics*, *American Journal of Physiology* and *Experimental Eye Research*.

6.    Made defendant herein are the Board of Supervisors of the Southern University System (Board of Supervisors), authorized to do and doing business in the Parish of Baton Rouge, Louisiana.  At all times pertinent hereto, Defendant Board of Supervisors is a political subdivision of the State of Louisiana which is subject to the supervisory powers vested in the State Board of Regents.   The Board of Supervisors of the Southern University System exercises supervisory control over its constituent institution, Southern University at New Orleans (SUNO). The Board of Supervisors is an employer as defined by the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* and is thus amenable to suit.

## FACTS

7.    Zak applied for a position with Defendant as an Assistant Professor of Biology (tenure track), the first instance being 2013 and the second being about May 2014.

8.    In 2013 Zak was among three candidates chosen for interview for two full time tenure-track faculty positions in Biology at SUNO.  On that occasion the hiring committee chair was Nigerian, and he selected two African candidates who were much less qualified than Zak.

9.    In May of 2014 Zak and Habib both applied for positions with Defendant as an Assistant Professor of Biology (tenure track).  On that occasion, Dr. Murty S. Kambhampati

3

(Kambhampati), (Hindu, Indian) as chair of the Natural Sciences Department, threatened Ibrahim Ekaidi (Muslim) and a junior Muslim faculty member in the Biology section with immediate termination on the thinnest and most transparent of pretexts: for allegedly "comparing notes" with the junior faculty member in the process of making a hiring selection for three Biology positions as members of a departmental hiring committee.

10.    Even when the two SUNO Muslim faculty members of the 2014 hiring committee were excluded, the remaining committee members ranked Habib number two and Zak number three out of a field of twelve candidates in biology.  At the time, SUNO was seeking to hire three full time tenure track positions in Biology.

11.    Following the committee results in 2014, Kambhampati took the unprecedented step of invalidating the committee's selection of your plaintiffs. Instead Kambhampati hired, on his own an entirely unqualified Nigerian individual who had not even applied for the job, and of course had not been considered at all by the hiring committee.

12.    In November 2014 Habib applied a second time for an Assistant Professor (tenure track) position, was ranked second and again was not selected, although when the first choice declined the job he would have been the successful candidate.  The individual who was hired in preference to Habib was an African, with no teaching, publications or research within the last ten years.  Both times, Habib ranked much higher than the persons actually selected for the positions and his qualifications were clearly superior.

## CLAIMS

13.     The Board of Supervisors, as employers, and those legally responsible to them, violated the anti-discrimination provisions of Title VII of the Civil Rights Act of 1964 and applicable state law, as amended, by denying Plaintiffs a reasonable and fair chance to obtain a tenure track positions in the Department of Natural Sciences at SUNO on account of their ethnicity and religion.

14.     Plaintiffs specifically seek prospective injunctive relief against the Defendant.

## PRAYER FOR RELIEF

15.     WHEREFORE, Plaintiffs respectfully pray for judgment against Defendant as follows:

A.     For a money judgment representing compensatory damages, including lost wages, past and future wages and benefits, mental and emotional distress, inconvenience, embarrassment for having to sue and for prejudgment interest at the Louisiana rate of legal interest;

B.     For injunctive relief, which would require Defendant to hire Plaintiffs for the first available tenure-track academic positions which come available in the Department of Natural Sciences for which they are qualified;

C.     And for a judgment in equity to remedy the wrongs Plaintiffs have suffered in having their well-qualified applications for tenure-track appointments at SUNO rejected in favor of much less qualified persons on account of ethnicity and religion.

D.     That this Court retain jurisdiction over this action until Defendants have fully complied with orders of this Court and that this Court require defendant to file any and all

reports necessary and to supervise compliance with law that any and all matters related hereto be done in conformance with the applicable Title VII provisions.

E.      For costs of suit, including an award of reasonable attorney's fees and expert fees and for such other and further equitable relief as may be just and proper.  Plaintiffs are entitled to an award of all costs, including reasonable attorneys' fees pursuant to 42 U.S.C. § 1988(b).

16.     Plaintiffs demand and are entitled to a trial by jury on all issues so triable.

Respectfully submitted on Plaintiffs' behalf,

LAW OFFICE OF DALE EDWARD WILLIAMS
/s/ Dale E. Williams
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile: (985) 892-2640

## SWORN DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Zakaria Abdelmageed swear under penalty of perjury that I have read the foregoing Complaint, and it is true and correct to the best of my knowledge and belief.

This has been executed and subscribed by me, Zakaria Abdelmageed, in Covington, Louisiana on this 21st day of January, 2017.

_____ 01/21/17
ZAKARIA ABDELMAGEED

6

## SWORN DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Habiburrahman Ansari swear under penalty of perjury that I have read the foregoing Complaint, and it is true and correct to the best of my knowledge and belief.

This has been executed and subscribed by me, Habiburrahman Ansari, in Covington, Louisiana on this 21st day of January, 2017.

_____

HABIBURRAHMAN ANSARI

7